United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**19-CV-3793(JS)(ARL)**

1) indicated that this case is related to the following case(s):

_____

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to

12-CV-5397(JS)(ARL)